UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ESTEVAO GARCIA DASILVA,

          Petitioner,

v.                                  Case No. 3:26-cv-1275-JEP-MCR

WARDEN, NORTH FLORIDA
DETENTION CENTER, et al.,

          Respondents.
_____

## ORDER TO SHOW CAUSE

The Court previously directed Petitioner to pay the filing fee or file a request to proceed as a pauper by July 1, 2026. *See* Order (Doc. 2). As of the date of this Order, Petitioner has not paid the filing fee, filed an application to proceed *in forma pauperis*, or requested additional time to respond.

Accordingly, it is

**ORDERED:**

1.    By **August 14, 2026**, Petitioner shall **SHOW CAUSE** why this case should not be dismissed for his failure to comply with the Court's Order (Doc. 2) as well as lack of prosecution.

2.    Also, by **August 14, 2026**, Petitioner shall file a fully completed application to proceed *in forma pauperis* or pay the $5.00 filing fee.

3.     **Petitioner's failure to show satisfactory cause by the designated deadline may result in the dismissal of this action without further notice for failure to prosecute.** *See* Rule 3.10, Local Rules, United States District Court for the Middle District of Florida.

**DONE AND ORDERED** at Jacksonville, Florida, this 17th day of July, 2026.

_____
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE


caw 7/8
c:
Estevao Garcia Dasilva, #A201 949 681

2